UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

     Plaintiff,

                                      Case No. 19-1158-EFM

     v.

NICKSON YOUNG, SUNFLOWER
VEGETABLE OIL, INC., and TY TRIEU,

     Defendants.

## AMENDED SCHEDULING ORDER

Defendants have filed an unopposed motion (ECF No. 31) to amend the scheduling order entered in this case (ECF No. 28). For good cause shown, the motion is granted, and the scheduling order is amended as follows:

a) All fact discovery shall be commenced or served in time to be completed by **November 13, 2020.**

b) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due by **November 20, 2020.** Disclosures and reports by any rebuttal experts are due by **December 18, 2020**. The close of expert discovery is **December 31, 2020.**

c)     The final pretrial conference is rescheduled from June 15, 2020, to **January 14, 2021, at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **January 4, 2021**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

d.     The deadline for filing all dispositive motions and *Daubert* motions is now **February 19, 2021.**

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 30, 2020, at Kansas City, Kansas.

 s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge