**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 19-CV-1158 <br>) |
| NICKSON YOUNG, SUNFLOWER VEGETABLE OIL, INC., KAREN LO, and TY TRIEU, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## AGREED MOTION TO DISMISS

Comes Now Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") by and through Counsel, with full agreement from Defendants Nickson Young, Sunflower Vegetable Oil, Inc. and Ty Trieu, and with full agreement from interested party Karen Lo, named defendant but unserved party, (collectively, the "Parties"), and states as follows:

1. The Parties have agreed to a settlement of this action and have executed settlement documents for this purpose, including a Settlement and Release Agreement, which is attached hereto as Exhibit A and incorporated herein by reference.

2. Per the terms of the Settlement and Release Agreement, the Parties have agreed, *inter alia*, that: (a) this Court shall retain jurisdiction to enforce the agreement; and (b) they will move to dismiss their respective claims and/or counterclaims in this action with prejudice.

WHEREFORE, for the reasons stated herein, and pursuant to Rule 41(a)(2) Fed R. Civ. P., Philadelphia, with full agreement of the Parties, moves this Court to dismiss this action pursuant to the terms of the Settlement and Release Agreement and the Parties hereby dismiss their respective claims and/or counterclaims in this action with prejudice.

FLEESON, GOOING, COULSON & KITCH, L.L.C.

*/s/ Charles E. Millsap*
Charles E. Millsap, #09296
300 N. Main, Ste. 1900
Wichita, KS 67202
Telephone: (316) 267-7361
Facsimile: (316) 267-1754
Email: cmillsap@fleeson.com

and

COPE EHLERS, P.C.

*/s/ David Grassmick*
Dirk E. Ehlers
David Grassmick
120 West Madison Street, Suite 1300
Chicago, Illinois 60602
Telephone: (312) 549-9280
Appearing Pro Hac Vice
Email: DEhlers@CopeEhlers.com
Email: DGrassmick@CopeEhlers.com
**ATTORNEYS FOR PLAINTIFF PHILADELPHIA INDEMNITY INSURANCE COMPANY**


BERKOWITZ OLIVER LLP

*/s/ Nick J. Kurt*
Nick J. Kurt, #20225
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: nkurt@burkowitzoliver.com
**ATTORNEYS FOR DEFENDANT TY TRIEU**

NORTON & NORTON, P.C.

/*s/ Stuart D. Wieland*
Stuart D. Wieland, Esq.
6000 N. Oak Trfwy, Ste. 201
Kansas City, MO 64118
Telephone: (816) 453-9529 phone
Facsimile:   (816) 994-8964 fax
Email: sdwatlaw@gmail.com
**ATTORNEYS FOR DEFENDANT KAREN LO**

KNIGHT NICASTRO MACKAY

*/s/ Kathleen A. McCarthy*
Derek H. MacKay, #23213
Kathleen A. McCarthy, #78898
319 N 4th Street Suite 300
St. Louis, MO 63102
Telephone: (314) 649-2208
Facsimile: (816) 396-6233
Email: mackay@knightnicastro.com
Email: mccarthy@knightnicastro.com
**ATTORNEYS FOR SUNFLOWER AND NICKSON YOUNG**

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/CEF system which will send a notice of electronic filing to all counsel of record.

/s/ Charles E. Millsap