IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NICKSON YOUNG, SUNFLOWER VEGETABLE OIL, INC., KAREN LO, and TY TRIEU,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-CV-1158<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Agreed Motion to Dismiss [Docs. 60 and 60-1] and Fed.R.Civ.P. 41(a)(2), this action, and all claims and counterclaims asserted in it are hereby dismissed with prejudice.  The Settlement Agreement and Claim Release, as attached to the Motion, is incorporated into this Order and the Court shall retain jurisdiction over the Settlement and all future proceedings involving the enforcement of the Settlement.

IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss, Doc. 60, is hereby GRANTED and all claims and counterclaims are dismissed with prejudice.

IT IS SO ORDERED.

Dated August 27, 2021.

*Eric F. Melgren*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE